IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CANDIDO SOTO,** | : | **Civil No. 3:22-CV-528** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **RE/MAX OF THE POCONOS** | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

AND NOW this 3d day of March 2023, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that RE/MAX of the Poconos' motion to dismiss (Doc. 10), is GRANTED and Mr. Soto's complaint is dismissed without further leave to amend this complaint in federal court, but with leave for Mr. Soto to file any state law claims he believes he may possess in state court. IT IS FURTHER ORDERED that the clerk is directed to CLOSE this file.

<u>S/Martin C. Carlson</u><br>
Martin C. Carlson<br>
United States Magistrate Judge